# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Dee O'Harra, | No. CV-18-02048-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Brian Ambruster, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation filed by Magistrate Judge Bade on January 2, 2019 (Doc. 13).  No objections have been filed.

IT IS ORDERED accepting and adopting the Report and Recommendation of the Magistrate Judge (Doc. 13) and dismissing this action without prejudice for failure to comply with Court orders pursuant to Rule 41(b).

IT IS FURTHER ORDERED the Clerk is directed to enter judgment and terminate this action.

Dated this 29th day of January, 2019.

Honorable Susan M. Brnovich
United States District Judge